FILED
July 07, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HOWARD GOWANS, JR.,<br><br>Defendant. | Case No. 2:21-cr-00035-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS, JR. ,

Case No. 2:21-cr-00035-JAM  Charge 21 USC § 846, 841(a)(1), from custody for the following reasons:

\_\_\_\_\_ Release on Personal Recognizance

\_\_\_\_\_ Bail Posted in the Sum of $ _____

\_\_\_\_\_ Unsecured Appearance Bond $ _____

\_\_\_\_\_ Appearance Bond with 10% Deposit

\_\_\_\_\_ Appearance Bond with Surety

\_\_\_\_\_ Corporate Surety Bail Bond

**X** (Other):  The defendant is to be released on July 10, 2021 at 8:00 AM to the custody of Renissa Gowans and instructed to return to the Sacramento County Mail Jail by 8:00 PM on July 10, 2021.

Issued at Sacramento, California on July 07, 2021 at 5:05 PM.

By: *Allison Claire*

Magistrate Judge Allison Claire