DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK H. GOWANS, JR.

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>FRANK H. GOWANS, JR.,<br><br>Defendant. | Case No.: 2:21-CR-0035 JAM<br><br>**STIPULATION AND ORDER [PROPOSED] RE TEMPORARY RELEASE FAMILY VISITATION** |

## STIPULATION

Mr. Gowans' 29-year-old niece, Latoya Graham, died suddenly on June 29, 2021. Her funeral services will be held in Solano County on July 10, 2021. Mr. Gowans is requesting to be temporarily released from custody on July 10, 2021, to attend the funeral.

Mr. Gowans is in custody at the Sacramento Main Jail. The request is that he be temporarily released on July 10, 2021, sometime between 7 a.m. and 8 a.m., to the custody of his wife, Renissa Gowans and return to the Sacramento County Main Jail no later than 8 p.m. on July 10, 2021. He would travel between Sacramento County and Solano County for the purpose of attending the funeral.

1     It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Frank H. Gowans, Jr., through their attorneys, that Mr. Gowans may be temporarily released from custody as set forth below to attend the funeral on July 10, 2021.

    The parties agree that the Court may order Mr. Gowans be temporarily released sometime between 7 a.m. and 8 a.m. on July 10, 2021, with instructions that he return to the Sacramento County Main Jail by 8:00 p.m. the same day. The parties request the Court to direct the US Marshal Service to coordinate Mr. Gowans' release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Gowans has signed the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before July 10, 2021.

Respectfully submitted,

Date: July 7, 2021     /S/ David D. Fischer
                              DAVID D. FISCHER
                              Attorney for Defendant
                              FRANK H. GOWANS, JR.

Date: July 7, 2021     PHILLIP A. TALBERT
                              Acting Unites States Attorney


                              /s/ David D. Fischer for Jason Hitt
                              JASON HITT
                              Assistant United States Attorney

**O R D E R**

Frank H. Gowans, Jr., is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on July 10, 2021, to Renissa Gowans, and Frank H. Gowans, Jr., is further ordered to surrender himself to the Sacramento County Main Jail by 8:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Gowans' release and surrender. Mr. Gowans is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: July 7, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE