KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
kbabineau@klblawoffice.net

Attorney for DEDRICK BLOUNT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DEDRICK BLOUNT, and<br>FRANK HOWARD GOWANS, Jr.<br>　　　　Defendant. | No. 2:21-CR-0035JAM<br><br>AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDABLE TIME; PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>Date: January 11, 2021<br>Time: 9:30 a.m<br>Judge: Hon. John A. Mendez |

STIPULATION

By previous order, this matter was set a status conference on November 16, 2021. By this stipulation, the parties request to continue the status conference on November 16, 2021, to January 11, 2022, and to exclude time between November 16, 2021 and January 11, 2022, under Local Code T4.

1. The parties first acknowledge the extraordinary global events since March 2020 and the General Orders issued by the Chief Judge of this District in response to those events. A series of General Orders issued by the Chief United States District Judge for the Eastern District of California address the pandemic, including

-1-

General Orders 612, 617, 618, 624, 628, 630, 631, 632 and 635. These general orders have resulted in restrictions to public access to federal courthouses in the Eastern District of California for most of the period since March 18, 2020. General Order 631 provided each district judge discretion to hold hearing in person or via remote conferencing beginning on June 14, 2021.

2. The parties agree and stipulate, and request that the Court find the following:

   a. The government has provided approximately 1300 pages of discovery associated with this case, which includes reports, photographs and other documents, as well as multiple recordings. All of this discovery has been either produced directly to counsel and / or made available for inspection and copying.

   b. The Indictment in this case was returned on February 11, 2021 (ECF 1.)

   c. Defendant Frank Gowens was arraigned on March 5, 2021 (ECF 11) and Defendant Dedric Blount was arraigned on April 15, 2021 (ECF 27.)

   d. The government and defense counsel have engaged in, and continue to discuss, ongoing plea negotiations.

   e. Counsel for the defendant desires additional time to finish review of the discovery, investigation, consultation with their clients, and finish negotiating a possible resolution. All parties believe a resolution is possible and are working towards that.

   f. Counsel for defendant believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.

g. The government does not object to the continuance.

h. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 16, 2021 to January 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 10, 2021          PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ JASON HITT
                                  JASON HITT
                                  Assistant United States Attorney

Dated:  November 10, 2021                    /s/ KELLY BABINEAU
                                             KELLY BABINEAU
                                             Attorney for DEDRICK BLOUNT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of November, 2021.


                              /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE