DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
Email:      david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK H. GOWANS, JR.

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>FRANK H. GOWANS, JR.,<br><br>　　　　Defendant. | Case No.:  2:21-CR-0035 JAM<br><br>**STIPULATION AND ORDER [PROPOSED] RE TEMPORARY RELEASE FOR DOCTOR'S APPOINTMENT** |

## STIPULATION

Mr. Gowans is in pain and needs to have his left elbow replaced.  He received a referral to a specialist earlier this year but was unable to follow through with an appointment because of his arrest in this case.  The pain has become more severe.  Mr. Gowans' wife has secured an appointment with a specialist, Dr. Mahli with Sutter Medical Foundation, in Solano County on November 23, 2021 at 1:40 p.m.  Mr. Gowans is requesting to be temporarily released from custody on November 23, 2021 to attend the doctor's appointment, and to complete paperwork with his union to reinstate his health insurance.

- 1 -

1 Mr. Gowans is in custody at the Sacramento Main Jail.  The request is that he be temporarily released on November 23, 2021, sometime between 7 a.m. and 8 a.m., to the custody of his wife, Renissa Gowans and return to the Sacramento County Main Jail no later than 8 p.m. on November 23, 2021.  He would travel between Sacramento County and Solano County for the purpose of attending the doctor's appointment and visiting his union to complete his health insurance documents.

Pursuant to 18 U.S.C. § 3142(I), it is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Frank H. Gowans, Jr., through their attorneys, that Mr. Gowans may be temporarily released from custody as set forth below to attend the doctor's appointment, and to complete paperwork at his union hall to reinstate his health insurance on November 23, 2021.

The parties agree that the Court may order Mr. Gowans be temporarily released sometime between 7 a.m. and 8 a.m. on November 23, 2021, with instructions that he return to the Sacramento County Main Jail by 8:00 p.m. the same day.  The parties request the Court to direct the US Marshal Service to coordinate Mr. Gowans' release and surrender with the jail as they see fit, within the time frame permitted above.  Mr. Gowans has signed the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before November 23, 2021.

Respectfully submitted,

Date:  November 19, 2021        /S/ David D. Fischer
                                DAVID D. FISCHER
                                Attorney for Defendant
                                FRANK H. GOWANS, JR.


Date:  November 19, 2021        PHILLIP A. TALBERT
                                Acting Unites States Attorney
                                /s/  Jason Hitt
                                JASON HITT
                                Assistant United States Attorney

**O R D E R**

Frank H. Gowans, Jr., is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on November 23, 2021, to Renissa Gowans, and Frank H. Gowans, Jr., is further ordered to surrender himself to the Sacramento County Main Jail by 8:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Gowans' release and surrender. Mr. Gowans is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: November 19, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE