FILED
November 19, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HOWARD GOWANS, JR.,<br><br>Defendant. | Case No. 2:21-cr-00035-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS, JR. ,

Case No. 2:21-cr-00035-JAM  Charge 21 USC § 841(a), from custody for the following reasons:

       Release on Personal Recognizance

       Bail Posted in the Sum of $ _____

       Unsecured Appearance Bond $ _____

       Appearance Bond with 10% Deposit

       Appearance Bond with Surety

       Corporate Surety Bail Bond

**X**   (Other): Defendant to be released on Tuesday, 11/23/2021 at 8:00 AM and with instructions that the defendant to return to the Sacramento County Main Jail by 8:00 PM on 11/23/2021.

Issued at Sacramento, California on November 19, 2021 at 11:30 AM.

By:  _/s/ Allison Claire_

Magistrate Judge Allison Claire