DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:   (916) 930-6482
Email:        david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK H. GOWANS, JR.

# UNITED STATES OF DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>FRANK H. GOWANS, JR.,<br><br>Defendant. | Case No.:  2:21-CR-0035 JAM<br><br>**STIPULATION AND ORDER [PROPOSED] RE TEMPORARY RELEASE FAMILY VISITATION** |

## STIPULATION

Mr. Gowans is in pain and needs to have his left elbow replaced. He received a referral to a specialist earlier this year but was unable to follow through with an appointment because of his arrest in this case. The pain has become more severe. Mr. Gowans' wife has secured an appointment with a specialist, Dr. Mahli with Sutter Medical Foundation in Solano County on November 23, 2021 at 1:40 p.m. The Court temporarily released Mr. Gowans from custody on November 23, 2021 to attend the doctor's appointment, and there were no issues. Mr. Gowans has appointment with an orthopedic doctor, Dr. Dennis, on December 22, 2021, at 12:00 p.m., and would like to be temporarily released to attend that appointment.

Mr. Gowans is in custody at the Sacramento Main Jail. Because of traffic conditions, the request is that he be temporarily released on December 22, 2021, sometime between 7 a.m. and 8 a.m., to the custody of his wife, Renissa Gowans and return to the Sacramento County Main Jail no later than 8 p.m. on December 22, 2021. He would travel between Sacramento County and Solano County for the purpose of attending the doctor's appointment.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Frank H. Gowans, Jr., through their attorneys, that Mr. Gowans may be temporarily released from custody as set forth below to attend the doctor's appointment on December 22, 2021.

The parties agree that the Court may order Mr. Gowans be temporarily released sometime between 7 a.m. and 8 a.m. on December 22, 2021, with instructions that he return to the Sacramento County Main Jail by 8:00 p.m. the same day. The parties request the Court to direct the US Marshal Service to coordinate Mr. Gowans' release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Gowans has signed the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before December 22, 2021.

Respectfully submitted,

Date:  December 20, 2021    /S/ David D. Fischer
                            DAVID D. FISCHER
                            Attorney for Defendant
                            FRANK H. GOWANS, JR.

Date:  December 20, 2021    PHILLIP A. TALBERT
                            Acting Unites States Attorney


                            /s/ David D. Fischer for Jason Hitt
                            JASON HITT
                            Assistant United States Attorney

**O R D E R**

Frank H. Gowans, Jr., is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on December 22, 2021, to Renissa Gowans, and Frank H. Gowans, Jr., is further ordered to surrender himself to the Sacramento County Main Jail by 8:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Gowans' release and surrender. Mr. Gowans is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: December 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE