**FILED**

December 22, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HOWARD GOWANS, JR.,<br><br>Defendant. | Case No.  2:21-cr-00035-JAM<br><br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS,

JR. ,

Case No.  2:21-cr-00035-JAM   Charge 21 USC § 841(a), from custody for the

following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

(Other): Defendant to be released on Wednesday,

12/22/2021 between 7:00 AM and 8:00 AM and with

   X   instructions that the defendant to return to the

Sacramento County Main Jail by 8:00 PM on

_____   12/22/2021.

Issued at Sacramento, California on December 21, 2021 at 1:43 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE