UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 23, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HOWARD GOWANS, JR.,<br><br>Defendant. | Case No.   21-cr-35-JAM<br><br>**TEMPORARY ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS, JR. , Case No.  21-cr-35-JAM  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  Defendant to be released on Thursday, 2/24/2022 between 7:00 AM and 8:00 AM and with instructions that the defendant to return to the Sacramento County Main Jail by 8:00 PM on 2/24/2022.

Issued at Sacramento, California on February 23, 2022 at _10:49 am_____.

By:   /s/ Carolyn K. Delaney
_____
Magistrate Judge Carolyn K. Delaney