DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK H. GOWANS, JR.

**UNITED STATES OF DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>FRANK H. GOWANS, JR.,<br><br>Defendant. | Case No.: 2:21-CR-0035 JAM<br><br>**STIPULATION AND ORDER RE TEMPORARY RELEASE FOR MEDICAL APPOINTMENT** |

**STIPULATION**

Pursuant to 18 U.S.C. § 3142(i), the defendant requests to be temporarily released from custody on February 24, 2022, to attend a medical appointment related to ongoing medical problems. The government has no opposition to this request.

Mr. Gowans is in pain and needs to have his left elbow replaced. He received a referral to a specialist last year but was unable to follow through with an appointment because of his arrest in this case. The pain has become more severe. Mr. Gowans' wife has secured two medical appointments previously, and has a medical appointment scheduled with a new specialist on February 24, 2022 at 10:45 a.m. Mr. Gowans has been temporarily released previously with no issues.

Mr. Gowans is in custody at the Sacramento Main Jail. Because of traffic conditions, the request is that he be temporarily released on February 24, 2022, sometime between 7 a.m. and 8 a.m., to the custody of his wife, Renissa Gowans ,and return to the Sacramento County Main Jail no later than 8 p.m. on February 24, 2022. He would travel between Sacramento County and Yolo County for the purpose of attending the doctor's appointment.

It is hereby stipulated and agreed between plaintiff, United States of America, and defendant, Frank H. Gowans, Jr., through their attorneys, that Mr. Gowans may be temporarily released from custody as set forth below to attend the doctor's appointment on February 24, 2022.

The parties agree that the Court may order Mr. Gowans be temporarily released sometime between 7 a.m. and 8 a.m. on February 24, 2022, with instructions that he return to the Sacramento County Main Jail by 8:00 p.m. the same day. The parties request the Court to direct the US Marshal Service to coordinate Mr. Gowans' release and surrender with the jail as they see fit, within the time frame permitted above. Mr. Gowans has signed the attached Notice to Defendant Being Released (modified to fit the conditions of this temporary release) which defense counsel will submit to the Courtroom Deputy for filing before February 24, 2022.

Respectfully submitted,

Date: February 23, 2022

/S/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
FRANK H. GOWANS, JR.

Date: February 23, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ David D. Fischer for Jason Hitt
JASON HITT
Assistant United States Attorney

**O R D E R**

Frank H. Gowans, Jr., is ordered temporarily released from custody sometime between 7 a.m. and 8 a.m. on February 24, 2022, to Renissa Gowans, and Frank H. Gowans, Jr., is further ordered to surrender himself to the Sacramento County Main Jail by 8:00 p.m. that day. The U.S. Marshal Service is directed to make necessary arrangements with Sacramento County Main Jail for Mr. Gowans' release and surrender. Mr. Gowans is ordered to sign the attached Notice to Defendant Being Released and file it with the Court before his release. All conditions set forth in that notice are hereby ordered.

IT IS SO ORDERED.

Dated: February 23, 2022

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE