UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 06, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK HOWARD GOWANS, JR.,<br><br>Defendant. | Case No.   2:21-cr-00035-JAM-3<br><br>**TEMPORARY ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS, JR. , Case No.  2:21-cr-00035-JAM-3  Charge 21 USC § 841(a)(1), from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other):  **Defendant to be RELEASED on Thursday, 04/07/2022, between 7:00 AM and 8:00 AM, to Renissa Gowans. The defendant is further ORDERED to surrender himself to the Sacramento County Main Jail by 8:00 PM, on April 7, 2022.**

Issued at Sacramento, California on April 06, 2022, at 11:55 AM.

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney