# UNITED STATES OF DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:21-cr-00035 JAM |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| FRANK GOWANS, JR., | |
| Defendant. | |

The defendant's request to seal Exhibit A to the bail motion filed April 25, 2022, is granted.

Dated: April 26, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE