UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 2, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00035-JAM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| FRANK HOWARD GOWANS, JR., | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANK HOWARD GOWANS, JR. , Case No.  2:21-cr-00035-JAM  Charge 21 USC § 841(a), from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   50,000.00

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

\_\_\_\_\_   (Other):

Issued at Sacramento, California on May 2, 2022, at 03:30 PM.

By:   */s/ Allison Claire*

Magistrate Judge Allison Claire