1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd., Suite 312
3  Rocklin, CA 95765
   Telephone:   (916) 447-8600
4  Fax:         (916) 930-6482
5  Email:       david.fischer@fischerlawoffice.com

6  Attorney for Defendant
7  FRANK GOWANS

8

9              UNITED STATES DISTRICT COURT FOR THE

10                EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,

13              Plaintiff,                     Case No.:  2:21-CR-00035-JAM

14          v.                                 **STIPULATION AND [PROPOSED]
                                               ORDER TO CONTINUE STATUS
15  FRANK GOWANS,                              CONFERENCE BEFORE
                                               MAGISTRATE JUDGE CLAIRE**
16
            Defendant.
17

18

19                          **STIPULATION**

20        The defendant was temporarily released on conditions to receive medical care, and

21  a status conference was set before Magistrate Judge Claire for an update on his progress

22  for May 31, 2022.

23        Since being released, Mr. Gowans has reinstated his health insurance, received and

24  is taking his previously prescribed medication.  He is awaiting approval from health

25  insurance carrier to see his specialist at Sutter Health.  In the meantime, Mr. Gowans has a

26  physicians appointment scheduled for June 17, 2022, in Vallejo.

27

28

                                    - 1 -

1       The parties stipulate and jointly request that the status conference scheduled before

2   Magistrate Judge Claire on May 31, 2022, be continued to June 29, 2022, at 10:00 a.m. and

3   that the defendant continue to temporarily remain out of custody until that date and time.

4

5       Dated:  May 26, 2022                     /s/ David D. Fischer
                                                  DAVID D. FISCHER
6                                                 Attorney for Defendant
                                                  FRANK GOWANS
7

8                                                 PHILIP TALBERT
                                                  US ATTORNEY
9

10      Dated:  May 26, 2022                     By /s/ Jason Hitt
                                                  JASON HITT
11                                                Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                                    [~~PROPOSED~~] ORDER

3   IT IS SO ORDERED.

4

5        Date:  May 26, 2022

6                                              ALLISON CLAIRE
                                               UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28