DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
E-mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>FRANK GOWANS, JR.,<br><br>　　　　　　　　　Defendant. | CASE NO. 2:21-CR-00035 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 2, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

　　　　This case is set for a status conference on June 14, 2022. By this stipulation, the parties request a continuance of the status conference to August 2, 2022, at 9:30 a.m., and to exclude time under Local Code T4, for the reasons set forth below.

**STIPULATION**

　　　　Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

　　　　1.　　By previous order, this matter was set for status on June 14, 2022.

　　　　2.　　By this stipulation, defendants now move to continue the status conference until August 2, 2022, at 9:30 a.m., and to exclude time between June 14, 2022, and August 2, 2022, under Local Code T4.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　　a)　　The defense needs more time to address the defendant's medical issues.

　　　　　　　b)　　The government has provided discovery associated with this case to date.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

      c)     Counsel for defendant needs additional time to address the defendant's medical conditions, review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

      d)     Counsel for the defendant has also been preparing for trial in other cases in this district and in state court. A continuance is needed for continuity of counsel.

      e)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      f)     The government does not object to the continuance.

      g)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      h)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 5, 2022 to May 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//
//
//

1   IT IS SO STIPULATED.

2

3

4   Dated:  June 9, 2022                             PHILLIP A. TALBERT
                                                     United States Attorney
5
                                                     /s/ JASON HITT
6                                                    JASON HITT
                                                     Assistant United States Attorney
7

8

9

10  Dated:  June 9, 2022                             /s/ David D. Fischer
                                                     David D. Fischer
11                                                   Counsel for Defendant
                                                     FRANK GOWANS, JR.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME                      3
PERIODS UNDER SPEEDY TRIAL ACT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of June, 2022.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE