DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Fax:           (916) 930-6482
Email:        david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK GOWANS,<br><br>    Defendant. | Case No.:  2:21-CR-00035-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE CLAIRE** |

## STIPULATION

The defendant was temporarily released on conditions to receive medical care, and a status conference was set before Magistrate Judge Claire for an update on his progress for May 31, 2022.  This date was continued to June 29, 2022.  The parties are requesting to continue the status conference again to August 10, 2022.

Since being released, Mr. Gowans has reinstated his health insurance, received and is taking his previously prescribed medication.  He was awaiting approval from health insurance carrier to see his specialist at Sutter Health, Dr. Peterson.  In the meantime, Mr. Gowans has completed a physician's appointment scheduled for June 17, 2022, in Vallejo.

1  He has received approval to see his specialist, Dr. Petersen, and has an appointed scheduled
2  on July 5. 2022, to see him.
3      The parties stipulate and jointly request that the status conference scheduled before
4  Magistrate Judge Claire on June 29, 2022, be continued to August 10, 2022, at 10:00 a.m.
5  and that the defendant continue to temporarily remain out of custody until that date and
6  time.

Dated:  June 27, 2022              /s/ David D. Fischer
                                   DAVID D. FISCHER
                                   Attorney for Defendant
                                   FRANK GOWANS

                                   PHILIP TALBERT
                                   US ATTORNEY

Dated:  June 27, 2022              By /s/ Jason Hitt
                                   JASON HITT
                                   Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED: June 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE