DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
Email:          david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS, JR.

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANK GOWANS, JR.<br><br>　　　　　Defendant. | Case No.:  2:21-CR-00035-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE CLAIRE** |

## STIPULATION

　　The defendant was temporarily released on conditions to receive medical care, and a status conference was set before Magistrate Judge Claire for an update on his progress for May 31, 2022.  This date was continued to June 29, 2022.  The parties requested it to be continued again to August 10, 2022.  The parties request that the status be continued again to to continue the status conference again to September 7, 2022.

　　Since being released, Mr. Gowans has reinstated his health insurance, received and is taking his previously prescribed medication.  He has received approval to see his specialist at Sutter Health, Dr. Peterson.  Mr. Gowans has completed a physicians' appointments.  He is scheduled to see Dr. Peterson on August 14, 2022.  Mr. Gowans

expects to receive cortisone injections into his elbows for the first time on that date. After he receives those injections, his doctor review the treatment plan.

      The parties stipulate and jointly request that the status conference scheduled before Magistrate Judge Claire on August 10, 2022, be continued to September 7, 2022, at 10:00 a.m. and that the defendant continue to temporarily remain out of custody until that date and time.

Dated:  July 21, 2022　　　　　　　　　　/s/ David D. Fischer
　　　　　　　　　　　　　　　　　　　　DAVID D. FISCHER
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　FRANK GOWANS

　　　　　　　　　　　　　　　　　　　　PHILIP TALBERT
　　　　　　　　　　　　　　　　　　　　US ATTORNEY

Dated:  July 21, 2022　　　　　　　　　　By /s/ Jason Hitt
　　　　　　　　　　　　　　　　　　　　JASON HITT
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Date: July 22, 2022

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE