DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
Email:          david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS, JR.

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FRANK GOWANS, JR., <br><br> Defendant. | Case No.:  2:21-CR-00035-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE CLAIRE** |

## STIPULATION

The defendant was temporarily released on conditions to receive medical care, and a status conference was set before Magistrate Judge Claire for an update on his progress for May 31, 2022.  This date was continued to June 29, 2022, August 10, 2022, and September 7, 2022.  The parties requested it to be continued again to October 19, 2022.

Since being released, Mr. Gowans has reinstated his health insurance, received and is taking his previously prescribed medication, and he began working.  He received approval to see his specialist at Sutter Health, Dr. Peterson, and began seeing him. Mr. Gowans has completed a physicians' appointments.  He saw Dr. Peterson on August 14, 2022.  He expected to receive cortisone injections into his elbows for the first

time on that date; however, his elbow was too swollen to receive the injections. He aggravated his elbow at work. Mr. Gowans is no longer working, and has an appointment scheduled for October 14, 2022. It is expected that he will receive one or more elbow injections at that time. After he receives those injections, his doctor will review the treatment plan.

The parties stipulate and jointly request that the status conference scheduled before Magistrate Judge Claire on September 7, 2022, be continued to October 19, 2022, at 10:00 a.m. and that the defendant continue to temporarily remain out of custody until that date and time.

Dated: September 5, 2022         /s/ David D. Fischer
                                 DAVID D. FISCHER
                                 Attorney for Defendant
                                 FRANK GOWANS

                                 PHILIP TALBERT
                                 US ATTORNEY

Dated: September 5, 2022         By /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States Attorney

ORDER

IT IS SO ORDERED.

DATED: September 6, 2022.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE