DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
Email:         david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS, JR.

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>FRANK GOWANS, JR.<br><br>            Defendant. | Case No.:  2:21-CR-00035-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE CLAIRE** |

### STIPULATION

The defendant was temporarily released on conditions to receive medical care, and a status conference was set before Magistrate Judge Claire for an update on his progress for May 31, 2022. This date was continued to June 29, 2022, August 10, 2022, September 7, 2022, October 19, 2022. The parties requested it to be continued again to November 30, 2022.

Since being released, Mr. Gowans has reinstated his health insurance, received and is taking his previously prescribed medication, and he began working. He received approval to see his specialist at Sutter Health, Dr. Peterson, and began seeing him. Mr. Gowans has completed a physicians' appointments. He saw Dr. Peterson on August 14,

2022.  He expected to receive cortisone injections into his elbows for the first time on that date; however, his elbow was too swollen to receive the injections.  He aggravated his elbow at work.  Mr. Gowans is no longer working. He attended an appointment on October 14, 2022, but his elbow was still too swollen for an injection, and he was told to continue his medication.  His next doctor's appointment is on November 16, 2022, and it is expected that he will receive one or more Cortizone injections to his elbow at that time.   After he receives those injections, his doctor will review the treatment plan.

    The parties stipulate and jointly request that the status conference scheduled before Magistrate Judge Claire on October 19, 2022, be continued to November 30, 2022, at 10:00 a.m. and that the defendant continue to temporarily remain out of custody until that date and time.

Dated:  October 17, 2022    /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
FRANK GOWANS

PHILIP TALBERT
US ATTORNEY

Dated:  October 17, 2022    By /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Date: October 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE