DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd., Suite 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Fax: (916) 930-6482
Email: david.fischer@fischerlawoffice.com

Attorney for Defendant
FRANK GOWANS, JR.

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK GOWANS, JR.<br><br>    Defendant. | Case No.: 2:21-CR-00035-JAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE BEFORE MAGISTRATE JUDGE CLAIRE** |

## STIPULATION

The defendant was temporarily released on conditions to receive medical care, and a status conference was set before Magistrate Judge Claire for an update on his progress for May 31, 2022. This date was continued to June 29, 2022, August 10, 2022, September 7, 2022, October 19, 2022, November 30, 2022, and January 9, 2023. The parties request it to be continued again to January 30, 2023. Defense counsel misread the defendant's appointment card. His next appointment is scheduled for January 19, 2023, not January 9, 2023.

Since being released, Mr. Gowans has reinstated his health insurance, received and is taking his previously prescribed medication, and he began working. He received

approval to see his specialist at Sutter Health, Dr. Peterson, and began seeing him. Mr. Gowans has completed a physicians' appointments. He saw Dr. Peterson on August 14, 2022. He expected to receive cortisone injections into his elbows for the first time on that date; however, his elbow was too swollen to receive the injections. He aggravated his elbow at work. Mr. Gowans is no longer working. He attended an appointment on October 14, 2022, but his elbow was still too swollen for an injection, and he was told to continue his medication. His last doctor's appointment was on November 16, 2022. His next appointment is scheduled for <u>January 19, 2023</u> (not January 9, 2023, as defense counsel mistakenly believed), and it is expected that he will receive one or more Cortizone injections to his elbow at that time. After he receives those injections, his doctor will review the treatment plan.

      The parties stipulate and jointly request that the status conference scheduled before Magistrate Judge Claire on January 9, 2023, be continued to January 30, 2023, at 9:00 a.m. and that the defendant continue to temporarily remain out of custody until that date and time.

Dated:  December 19, 2022      /s/ David D. Fischer
                                     DAVID D. FISCHER
                                     Attorney for Defendant
                                     FRANK GOWANS

                                     PHILIP TALBERT
                                     US ATTORNEY

Dated:  November 19, 2022     By /s/ Jason Hitt
                                     JASON HITT
                                     Assistant United States Attorney

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Date:  December 22m 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE